

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada
    ROBERT A. KNIEF
3   Assistant United States Attorney
    501 Las Vegas Boulevard South
4   Suite 1100
    Las Vegas, Nevada 89101
5   702-388-6336

FILED    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 0

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

6         **UNITED STATES DISTRICT COURT**
            **DISTRICT OF NEVADA**
7                  **-oOo-**

8   **UNITED STATES OF AMERICA,**     )    **SEALED SUPERSEDING**
                            )    **CRIMINAL INDICTMENT**
9           **Plaintiff,**          )
                            )    Case No.: 2:15-cr-00265-RCJ-GWF
10        **vs.**            )
                            )    **VIOLATIONS:**
11   **JOSEPH GARRETT,**         )
    **WILLIAM SEAMAN RUPP, and**   )    **COUNT ONE:**
12   **ALBERTO ALCOCER,**         )    21 U.S.C. § 802(32)
                            )    21 U.S.C. § 813,
13         **Defendants.**       )    21 U.S.C. § 841(a)(1),(b)(1)(C), and
                            )    21 U.S.C. § 846
14                          )    Conspiracy Manufacture and Distribute
                         )    Controlled Substance s and Controlled
15                        )    Substance Analogues
16                        )    **COUNTS TWO and SEVEN through**
                       )    **TEN:**
17                        )    21 U.S.C. § 802(32)
                       )    21 U.S.C. § 813,
18                        )    21 U.S.C. § 841(a)(1),(b)(1)(C)
                       )    Distribution of a Controlled Substance
19                        )    Analogue
20                        )    **COUNTS THREE through SIX**
                       )    21 U.S.C. § 802(32)
21                        )    21 U.S.C. § 813,
                       )    21 U.S.C. § 841(a)(1),(b)(1)(C)
22                        )    Distribution of a Controlled Substance and
                       )    a Controlled Substance Analogue
23                        )

1                                 )  **COUNT ELEVEN**:
                                  )  21 U.S.C. § 802(32)

2                                   )  21 U.S.C. § 813,
                                  )  21 U.S.C. § 841(a)(1),(b)(1)(C)

3                                   )  Possession with Intent to Distribute a
                                  )  Controlled Substance Analogue

4   **THE GRAND JURY CHARGES THAT**:

5                                                       **COUNT ONE**

6                 (Conspiracy to Manufacture and Distribute a
                              Controlled Substance Analogue)

7         That beginning on a date unknown but prior to January 2015, and continuing

8   thereafter until September 2015, in the District of Nevada and elsewhere,

9                                 **JOSEPH GARRETT,**
                        **WILLIAM SEAMAN RUPP, and**

10                             **ALBERTO ALCOCER,**

11   defendants herein, and others known and unknown to the grand jury, did

12   knowingly and intentionally combine, conspire, and agree to manufacture and

13   distribute

14         1)  a mixture or substance containing a detectable amount ethylone, a

15   Schedule I controlled substance, and

16         2)  a mixture or substance containing detectable amounts of PB-22, AB-

17   CHIMINACA, and 5F-AB-PINACA, controlled substance analogues as defined in

18   Title 21, United States Code, Section 802(32), with intent for human consumption

19   as provided in Title 21, United States Code, Section 813,

20   in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

21         All in violation of Title 21, United States Code, Section 846.

22

23

## COUNT TWO
(Distribution of a Controlled Substance Analogue)

On or about August 13, 2014, in the District of Nevada and elsewhere,

**WILLIAM SEAMAN RUPP,**

defendant herein, defendant herein, did unlawfully, knowingly, and intentionally

distribute a mixture and substance containing a detectable amount of PB-22, a

Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing

that the substance was intended for human consumption as provided in 21 U.S.C. §

813.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT THREE
(Distribution of a Controlled Substance and a Controlled Substance Analogue)

On or about August 25, 2014, in the District of Nevada and elsewhere,

**WILLIAM SEAMAN RUPP,**

defendant herein, defendant herein, did unlawfully, knowingly, and intentionally

distribute a mixture and substance containing a detectable amount of

1) Ethylone, a Schedule I controlled substance, or

2) PB-22, a Schedule I controlled substance analogue as defined in 21 U.S.C.

§ 802(32), knowing that the substance was intended for human

consumption as provided in 21 U.S.C. § 813.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT FOUR
(Distribution of a Controlled Substance and a Controlled Substance Analogue)

On or about August 28, 2014, in the District of Nevada and elsewhere,

3

**WILLIAM SEAMAN RUPP,**

defendant herein, defendant herein, did unlawfully, knowingly, and intentionally

distribute a mixture and substance containing a detectable amount of

1) Ethylone, a Schedule I controlled substance, or

2) PB-22, a Schedule I controlled substance analogue as defined in 21 U.S.C.

§ 802(32), knowing that the substance was intended for human

consumption as provided in 21 U.S.C. § 813.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT FIVE
(Distribution of a Controlled Substance and a Controlled Substance Analogue)

On or about September 4, 2014, in the District of Nevada and elsewhere,

**WILLIAM SEAMAN RUPP,**

defendant herein, defendant herein, did unlawfully, knowingly, and intentionally

distribute a mixture and substance containing a detectable amount of

1) Ethylone, a Schedule I controlled substance, or

2) PB-22, a Schedule I controlled substance analogue as defined in 21 U.S.C.

§ 802(32), knowing that the substance was intended for human

consumption as provided in 21 U.S.C. § 813.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT SIX
(Distribution of a Controlled Substance and a Controlled Substance Analogue)

On or about September 10, 2014, in the District of Nevada and elsewhere,

**WILLIAM SEAMAN RUPP,**

4

1    defendant herein, defendant herein, did unlawfully, knowingly, and intentionally

2    distribute a mixture and substance containing a detectable amount of

3          1)  Ethylone, a Schedule I controlled substance, or

4          2)  PB-22, a Schedule I controlled substance analogue as defined in 21 U.S.C.

5                § 802(32), knowing that the substance was intended for human

6                consumption as provided in 21 U.S.C. § 813.

7          All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

8                              **COUNT SEVEN**
                      (Distribution of a Controlled Substance Analogue)
9
10         On or about September 18, 2014, in the District of Nevada and elsewhere,

11                          **ALBERTO ALCOCER,**

12   defendant herein, defendant herein, did unlawfully, knowingly, and intentionally

13   distribute a mixture and substance containing a detectable amount of AB-

     CHIMINACA, a Schedule I controlled substance analogue as defined in 21 U.S.C. §
14
     802(32), knowing that the substance was intended for human consumption as
15
     provided in 21 U.S.C. § 813.
16
17         All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

18                              **COUNT EIGHT**
                      (Distribution of a Controlled Substance Analogue)

19         On or about June 4, 2015, in the District of Nevada and elsewhere,

20                          **JOSEPH GARRETT,**

21   defendant herein, defendant herein, did unlawfully, knowingly, and intentionally

22   distribute a mixture and substance containing a detectable amount of 5F-AB-

23

                                        5

PINACA, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT NINE
(Distribution of a Controlled Substance Analogue)

On or about June 26, 2015, in the District of Nevada and elsewhere,

**JOSEPH GARRETT,**

defendant herein, defendant herein, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of 5F-AB-PINACA, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT TEN
(Distribution of a Controlled Substance Analogue)

On or about August 3, 2015, in the District of Nevada and elsewhere,

**JOSEPH GARRETT,**

defendant herein, defendant herein, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of 5F-AB-PINACA, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813.

6

1    All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

2                              **COUNT ELEVEN**

3    (Possession with Intent to Distribute a Controlled Substance Analogue)

4        On or about August 20, 2015, in the District of Nevada and elsewhere,

5                            **JOSEPH GARRETT,**

6    defendant herein, did unlawfully, knowingly, and intentionally possess with the

7    intent to distribute a mixture and substance containing a detectable amount of 5F-

8    AB-PINACA, a Schedule I controlled substance analogue as defined in 21 U.S.C. §

9    802(32), knowing that the substance was intended for human consumption as

10   provided in 21 U.S.C. § 813.

11       All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

12       **DATED:** this 26th day of April, 2016.

13       **A TRUE BILL:**

14

15                                        /S/

16                        FOREPERSON OF THE GRAND JURY

17   DANIEL G. BOGDEN
     United States Attorney

18

19   ROBERT A KNIEF

20   Assistant United States Attorney

21

22

23

7