FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN -6 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>vs.<br><br>WILLIAM SEAMAN RUPP<br><br>          Defendant. | Case No.: 2:15-cr-265-RCJ-GWF-2<br><br>**CONSENT OF DEFENDANT** |

Defendant, **WILLIAM SEAMAN RUPP**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Investigation Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED: this 6th day of June, 2017.

APPROVED: _____
ROBERT C. JONES
United States District Judge