STEVEN MYHRE
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

## UNITED STATES DISTRICT COURT
### District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00265-RCJ-GWF-2 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| WILLIAM RUPP | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Sandra P. Bustos</u>, Supervising U.S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 17th day of August, 2017.

DANIEL G. BOGDEN
United States Attorney

By __/S/_____.
ROBERT KNIEF
Assistant U. S. Attorney

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. WILLIAM RUPP                                    Docket No 2:15-cr-00265-RCJ-GWF-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW SANDRA P. BUSTOS, SUPERVISING U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant WILLIAM RUPP. The defendant initially appeared on June 1, 2016, before U.S. Magistrate Judge Cam Ferenbach and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall satisfy all outstanding warrants within 60 days and provide verification to Pretrial Services or the supervising officer.
3. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, Nevada.
4. The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
5. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
6. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
7. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
8. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner (to include analogues).
9. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances (to include analogues).
10. Defense counsel/defendant has until 06/15/2016 to submit a release from employment condition to Pretrial Services.

**Respectfully presenting petition for action of Court and for cause as follows:**

Based upon Mr. Rupp's current family dynamics and employment, Pretrial Services recommends his Location Monitoring condition be modified from Home Detention to a Curfew to be determined by Pretrial Services. This will allow our office to continue to monitor the defendant through the use of RF technology, as ordered by the court, while allowing the defendant to meet the various needs of his children as their primary caregiver. Additionally, a curfew will allow greater flexibility for Mr. Rupp to maintain his current employment as the sole financial provider for his family, while addressing the Court's concerns.

**PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S LOCATION MONITORING CONDITION FROM HOME DETENTION TO A CURFEW TO BE DETERMINED BY PRETRIAL SERVICES.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. Executed on this 17th day of August, 2017. |
|---|---|
| Considered and ordered this 18 day of August, 2017 and ordered filed and made a part of the records in the above case. | Respectfully Submitted, |

Honorable Robert C. Jones
U.S. District Judge

Sandra P. Bustos
Supervising U.S. Pretrial Services Officer
Place: <u>Las Vegas, Nevada</u>