# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>WILLIAM G. SEAMANN-RUPP,<br><br>           Defendant. | 2:15-cr-00265-RCF-GWF<br><br>**ORDER** |

      Before the Court is Defendant William G. Seamann-Rupp's Motion to Modify Conditions of Pretrial Release (ECF No. 102).

      Accordingly,

      IT IS HEREBY ORDERED that any opposition to Defendant William G. Seamann-Rupp's Motion to Modify Conditions of Pretrial Release (ECF No. 102) must be filed on or before September 21, 2017. No reply necessary.

      DATED this 14th day of September, 2017.

                                                              CAM FERENBACH<br>
                                                             UNITED STATES MAGISTRATE JUDGE