# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

- o O o -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00265-RCJ-GWF-02 |
| v. | |
| WILLIAM G. SEAMAN-RUPP, | |
| Defendant. | |

### ORDER OF HOME CONFINEMENT

COMES NOW the Defendant, WILLIAM SEAMAN RUPP, by and through his counsel, TERRENCE M. JACKSON, ESQUIRE, and moves this Honorable Court to modify the sentence to <u>recommend</u> the Bureau of Prisons (BOP) consider him for placement at a residential reentry center and for home confinement as soon as he is eligible pursuant to 18 U.S.C. § 3621(b)(4) and § 3624(c)(1).

A federal defendant who has been convicted and sentenced to a term of imprisonment is committed to the custody of the BOP, 18 U.S.C. § **3621**(a). The BOP "shall designate the place of the prisoner's imprisonment." 18 U.S.C. § **3621**(b); see *United States v. Ceballos*, 671 F.3d 852, 855 (9th Cir. 2011) (recognizing that the BOP "has the statutory authority to choose the locations where prisoners serve their sentence").

Pursuant to 18 U.S.C. §§ **3621**(b) and 3624(c), the BOP has discretion to place an inmate in a residential reentry center ("RRC") and/or home confinement. *See, Sacora v. Thomas,* 628 F.3d 1059, 1061-62 (9th Cir.2010) (recognizing that these two "statutory provisions govern the BOP's authority to place inmates in its custody in RRCs"). Section **3621**(b) authorizes the BOP to "designate the place of the prisoner's imprisonment" upon consideration of, in pertinent part:

(4) any statement by the court that imposed the sentence-

    (A) concerning the purposes for which the sentence to imprisonment was determined to be warranted; or

    (B) recommending a type of penal or correctional facility as appropriate; 18 U.S.C. §§ **3621**(b)(4)(A)-(B).

Section 3624(c)(1), as amended by the Second Chance Act ("SCA"), states that the BOP "shall, to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term ... under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community." 18 U.S.C. § 3624(c)(1). An appropriate placement may include an RRC or home confinement. 18 U.S.C. § 3624(c)(1)-(2). The SCA also requires the BOP to issue regulations designed to ensure that RRC placements are (1) "conducted in a manner consistent with section **3621**(b)," (2) "determined on an individual basis," and (3) "of sufficient duration to provide the greatest likelihood of successful reintegration into the community." 18 U.S.C. § 3624(c)(6).

    Defendant respectfully submits he has been a model inmate while incarcerated. Defendant has taken advantage of numerous education programs while in prison. (*See Exhibit 'A'*) Defendant has also, with the help of prison counselors, has developed a comprehensive Individualized Reentry Plan. (*See Exhibit 'B'*)

    Based on all these facts, Defendant Rupp moves this Honorable Court to recommend his placement at a residential reentry center and for home confinement when he is eligible

    Respectfully submitted this 3rd day of February, 2020.

IT IS SO ORDERED this 21st day of February, 2020.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE