**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-00265-RCJ-GWF |
| Plaintiff, | |
| vs. | **Amended Order** |
| WILLIAM SEAMAN RUPP, | |
| Defendant. | |

For the reasons stated in the Court's initial November 30, 2020, Order (ECF No. 151),

IT IS HEREBY ORDERED that Defendant's Motion for Compassionate Release (ECF No. 145) is GRANTED effective December 15, 2020.

IT IS FURTHER ORDERED that Defendant shall complete a fourteen-day quarantine and receive medical clearance consistent with BOP policy prior to his release from Allenwood FCI Low on December 15, 2020,

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. § 3582(c)(1)(A), the Court imposes an additional term of supervised release, equal to the unserved portion of Defendant's term of imprisonment, with a special condition of home confinement,

IT IS FURTHER ORDERED that Defendant's Motion to Seal (ECF No. 146) is GRANTED.

IT IS SO ORDERED.

Dated December 3, 2020.

_____
ROBERT C. JONES
United States District Judge

5